IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PFIZER INC., FOLDRX PHARMACEUTICALS, LLC, PF PRISM IMB B.V., WYETH LLC, and THE SCRIPPS RESEARCH INSTITUTE, <br><br> Plaintiffs, <br><br> v. <br><br> AUROBINDO PHARMA LIMITED, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> C.A. No._____ |

**SUPPLEMENTAL INFORMATION FOR PATENT CASES
INVOLVING AN ABBREVIATED NEW DRUG APPLICATION (ANDA)**

    Plaintiffs hereby provide the information below with respect to the deadlines set forth in 21 U.S.C. 355(j):

    Date Patentee Received Notice:  On or about October 5, 2023

    Date of Expiration of Patent:  December 19, 2024[*]

    Thirty Month Stay Deadline:  The earlier of November 3, 2026[†] or expiration

[*]Additional patent term extension pending under 35 U.S.C. § 156.
[†]Calculated pursuant to 21 U.S.C. § 355(j)(5)(F)(ii), which applies in this case.

 

*/s/ Megan E. Dellinger*
_____
Attorney(s) for Plaintiffs

October 19, 2023